# ALABAMA COURT OF CRIMINAL APPEALS



July 25, 2025

**CR-2024-1027**
Sumnar Robert Brewster v. State of Alabama (Appeal from Etowah Circuit Court:
DC-21-2943.70, DC-21-2944.70, DC-22-1336.70, DC-22-1337.70, and CC-22-254.70)

## NOTICE

You are hereby notified that on July 25, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk